**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Illinois ⌄

Case number (*if known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

F I L E D
UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF IL

SEP 17 2019

JEFFREY P. ALLSTEDT Clerk
INTAKE amend

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case tog *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form use *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your nam (if known). Answer every question.

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a |
|---|---|---|
| **1. Your full name** | | |
| Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **KIMBERLY** <br> First name | _____ <br> First name |
| | _____ <br> Middle name | _____ <br> Middle name |
| Bring your picture identification to your meeting with the trustee. | **CHILDS** <br> Last name | _____ <br> Last name |
| | _____ <br> Suffix (Sr., Jr., II, III) | _____ <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** | _____ <br> First name | _____ <br> First name |
| Include your married or maiden names. | _____ <br> Middle name | _____ <br> Middle name |
| | _____ <br> Last name | _____ <br> Last name |
| | _____ <br> First name | _____ <br> First name |
| | _____ <br> Middle name | _____ <br> Middle name |
| | _____ <br> Last name | _____ <br> Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** | xxx – xx – 9 1 7 7 <br> OR <br> 9 xx – xx – ____ ____ | xxx – xx – ____ ____ <br> OR <br> 9 xx – xx – |

Debtor 1  **KIMBERLY**                    **CHILDS**
_____
First Name   Middle Name        Last Name

Case number (*if known*)_____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a |

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

About Debtor 2 (Spouse Only in a

☐ I have not used any business na

_____
Business name

_____
Business name

EIN ___ ___ – ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___

**5. Where you live**

7756  S. LOOMIS
_____
Number   Street

APT 2
_____

CHICAGO                        IL        60620
_____
City                           State     ZIP Code

COOK
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City                           State     ZIP Code

If Debtor 2 lives at a different add

_____
Number   Street

_____

_____
City                           S

_____
County

**If Debtor 2's mailing address is dif yours, fill it in here.** Note that the co any notices to this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City                           St

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

*Check one:*

☐ Over the last 180 days before filin I have lived in this district longer th other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

Debtor 1    **KIMBERLY          CHILDS**

First Name    Middle Name    Last Name

Case number *(if known)*_____

---

**Part 2:** **Tell the Court About Your Bankruptcy Case**

7. **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individ for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

8. **How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's offic local court for more details about how you may pay. Typically, if you are paying yourself, you may pay with cash, cashier's check, or money order. If your attorney i submitting your payment on your behalf, your attorney may pay with a credit card o with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach th *Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A*

☐ **I request that my fee be waived** (You may request this option only if you are filing By law, a judge may, but is not required to, waive your fee, and may do so only if yc less than 150% of the official poverty line that applies to your family size and you ar pay the fee in installments). If you choose this option, you must fill out the *Applicatic Chapter 7 Filing Fee Waived (Official Form 103B)* and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes. District **Northern Dist IL** When **03/19/2018** Case number **18-04506**

MM / DD / YYYY

District _____ When _____ Case number _____

MM / DD / YYYY

District _____ When _____ Case number _____

MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes. Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known_____

MM / DD / YYYY

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known_____

MM / DD / YYYY

11. **Do you rent your residence?**

☐ No. Go to line 12.

☑ Yes. Has your landlord obtained an eviction judgment against you?

☑ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You (Form 101A)* part of this bankruptcy petition.

Debtor 1  **KIMBERLY**        **CHILDS**
First Name     Middle Name       Last Name

Case number (if known)_____

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City             State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor s can set appropriate deadlines. If you indicate that you are a small business debtor, you must attac most recent balance sheet, statement of operations, cash-flow statement, and federal income tax any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the defir the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition i Bankruptcy Code.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attentio**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

_____

Where is the property? _____
Number       Street

_____

Debtor 1    **KIMBERLY**     **CHILDS**
First Name     Middle Name     Last Name

Case number *(if known)*_____

---

 **Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in**

*You must check one:*

☐ **I received a briefing from an** counseling agency within the filed this bankruptcy petition certificate of completion.

Attach a copy of the certificate plan, if any, that you developed

☐ **I received a briefing from an** counseling agency within the filed this bankruptcy petition certificate of completion.

Within 14 days after you file this you MUST file a copy of the cer plan, if any.

☐ **I certify that I asked for credit** services from an approved ag unable to obtain those servic days after I made my request, circumstances merit a 30-day of the requirement.

To ask for a 30-day temporary requirement, attach a separate what efforts you made to obtain you were unable to obtain it bef bankruptcy, and what exigent ci required you to file this case.

Your case may be dismissed if t dissatisfied with your reasons fo briefing before you filed for bank

If the court is satisfied with your still receive a briefing within 30 You must file a certificate from t agency, along with a copy of the developed, if any. If you do not c may be dismissed.

Any extension of the 30-day dea only for cause and is limited to a days.

☐ **I am not required to receive a** credit counseling because of:

    ☐ **Incapacity.** I have a menta deficiency that incapable of re rational decisio

    ☐ **Disability.** My physical dis to be unable to briefing in pers through the inte reasonably trie

    ☐ **Active duty.** I am currently c duty in a militar

If you believe you are not require briefing about credit counseling, motion for waiver of credit counse

Debtor 1    **KIMBERLY**      **CHILDS**       Case number (*if known*)_____

First Name   Middle Name   Last Name

---

**Part 6:**   **Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurre money for a business or investment or through the operation of the business or investment.

☑ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

---

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded a administrative expenses are paid that funds will be available to distribute to unsecured cr

☐ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,0

---

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$
☐ $1,000,000,001-
☐ $10,000,000,00
☐ More than $50 b

---

**20. How much do you estimate your liabilities to be?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$
☐ $1,000,000,001-
☐ $10,000,000,00
☐ More than $50 b

---

**Part 7:**   **Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided i correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7 of title 11, United States Code. I understand the relief available under each chapter, and I choose under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to h this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petit

I understand making a false statement, concealing property, or obtaining money or property by fra with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or b 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *Kimberly Childs*       ✗ _____

Signature of Debtor 1           Signature of Debtor 2

Executed on   9   11   19         Executed on

Debtor 1    **KIMBERLY** _____ **CHILDS** _____        Case number (if known)_____
First Name    Middle Name    Last Name

**For your attorney, if you are represented by one**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) a to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the available under each chapter for which the person is eligible. I also certify that I have delivered t the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify t knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**If you are not represented by an attorney, you do not need to file this page.**

✘ _____        Date    _____
Signature of Attorney for Debtor                MM  /  DD  / YY

_____
Printed name

_____
Firm name

_____
Number    Street

_____

_____
City                State    ZIP Code

Contact phone _____        Email address _____

_____
Bar number                State

Debtor 1   **KIMBERLY**      **CHILDS**
         First Name   Middle Name      Last Name

Case number (if known)_____

---

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and le consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules ar technical, and a mistake or inaction may affect your rights. For example, your case may dismissed because you did not file a required document, pay a fee on time, attend a me hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrato firm if your case is selected for audit. If that happens, you could lose your right to file an case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file wi court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list in your schedules. If you do not list a debt, the debt may not be discharged. If you do no property or properly claim it as exempt, you may not be able to keep the property. The ju also deny you a discharge of all your debts if you do something dishonest in your bankru case, such as destroying or hiding property, falsifying records, or lying. Individual bankru cases are randomly audited to determine if debtors have been accurate, truthful, and co **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you hired an attorney. The court will not treat you differently because you are filing for yourse successful, you must be familiar with the United States Bankruptcy Code, the Federal Ru Bankruptcy Procedure, and the local rules of the court in which your case is filed. You m be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and le consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bank
☑ No

☐ Yes. Name of Person_____
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form

By signing here, I acknowledge that I understand the risks involved in filing without an atto have read and understood this notice, and I am aware that filing a bankruptcy case withou attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ _Kimberly Childs_____
Signature of Debtor 1

Date   9 / 11 / 19
    MM / DD / YYYY

Contact phone   713 - 531 - 2720

Cell phone _____

✗ _____
Signature of Debtor 2

Date _____
    MM / DD / YYYY

Contact phone _____

Cell phone _____

Fill in this information to identify your case:

| Debtor 1 | KIMBERLY | CHILDS | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(If known)

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Informati

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedul your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

Your as
Value of

1. *Schedule A/B: Property* (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from *Schedule A/B* ........................................................................... $ __

    1b. Copy line 62, Total personal property, from *Schedule A/B* ................................................................ $ __

    1c. Copy line 63, Total of all property on *Schedule A/B* ........................................................................... $ __

### Part 2:    Summarize Your Liabilities

Your lia
Amount

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ........... $ __

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................................... $ __

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* .................................... **+** $ __

Your total liabilities    $ __

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)

    Copy your combined monthly income from line 12 of *Schedule I* ........................................................................... $ __

5. *Schedule J: Your Expenses* (Official Form 106J)

    Copy your monthly expenses from line 22c of *Schedule J* ........................................................................... $ __

Debtor 1   __KIMBERLY_____CHILDS_____   Case number *(if known)*_____
First Name      Middle Name      Last Name

---

**Part 4:**   **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedu

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| From Part 4 on *Schedule E/F*, copy the following: | |
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ 0.00 |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | KIMBERLY | CHILDS | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of _____

Case number _____

☐ (

Official Form 106A/B

# Schedule A/B: Property

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list th
category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both
responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any
write your name and case number (if known). Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☑ No. Go to Part 2.
☐ Yes. Where is the property?

1.1. _____
Street address, if available, or other description

_____

_____
City          State     ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claim
the amount of any secured c
*Creditors Who Have Claims*

**Current value of the    C
entire property?    F**

$_____    $

**Describe the nature of y
interest (such as fee si
the entireties, or a life e**

_____

☐ **Check if this is com**
(see instructions)

If you own or have more than one, list here:

1.2. _____
Street address, if available, or other description

_____

_____
City          State     ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claim
the amount of any secured c
*Creditors Who Have Claims*

**Current value of the    C
entire property?    F**

$_____    $

**Describe the nature of y
interest (such as fee si
the entireties, or a life e**

_____

☐ **Check if this is com**
(see instructions)

**1.3.**

_____
Street address, if available, or other description

_____

_____

_____
City                State      ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claim
the amount of any secured
*Creditors Who Have Claims*

**Current value of the entire property?**

$_____

**Describe the nature of interest (such as fee si the entireties, or a life**

_____

☐ **Check if this is com** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ................................................................. ➔   $

---

### Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☑ No
☐ Yes

**3.1.**  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[   ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claim
the amount of any secured c
*Creditors Who Have Claims*

**Current value of the entire property?**

$_____

If you own or have more than one, describe here:

**3.2.**  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[   ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claim
the amount of any secured cl
*Creditors Who Have Claims*

**Current value of the entire property?**

$_____

3.3.   Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[  ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claim
the amount of any secured
Creditors Who Have Claims

**Current value of the entire property?**

$_____

---

3.4.   Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[  ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claim
the amount of any secured
Creditors Who Have Claims

**Current value of the entire property?**

$_____

---

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1.   Make: _____

Model: _____

Year: _____

Other information:

[  ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claim
the amount of any secured
Creditors Who Have Claims

**Current value of the entire property?**

$_____

If you own or have more than one, list here:

4.2.   Make: _____

Model: _____

Year: _____

Other information:

[  ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claim
the amount of any secured
Creditors Who Have Claims

**Current value of the entire property?**

$_____

---

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................................... →   $_____

Debtor 1    KIMBERLY                      CHILDS
       First Name      Middle Name       Last Name

Case number *(if known)*_____

| Part 3: | Describe Your Personal and Household Items |

Do you own or have any legal or equitable interest in any of the following items?

**Cur...**
**por...**
Do n...
or ex...

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... Regular household appliances
   $_

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.......... Television, laptop, cell phone
   $_

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe..........
   $_

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe..........
   $_

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe..........
    $_

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe......... Everyday clothes
    $_

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.......... everyday jewelry
    $_

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe..........
    $_

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. .............
    $_

15. **Add the dollar value of all of your entries from Part 3, including any entries for...**

Debtor 1  KIMBERLY _____ CHILDS
　　　　　First Name　　Middle Name　　Last Name

Case number *(if known)* _____

---

**Part 4:** **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Curr
porti
Do nc
or exe

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ............................................................................................................................................................

Cash: ...................... $___

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................

Institution name:

| | |
|---|---|
| 17.1. Checking account: | Bank of America |
| 17.2. Checking account: | |
| 17.3. Savings account: | |
| 17.4. Savings account: | |
| 17.5. Certificates of deposit: | |
| 17.6. Other financial account: | |
| 17.7. Other financial account: | |
| 17.8. Other financial account: | |
| 17.9. Other financial account: | |

$___
$___
$___
$___
$___
$___
$___
$___
$___

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .................

Institution or issuer name:

$___
$___
$___

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific
information about
them.....................

Name of entity:

% of ownership:

0% _____ %　$___
0% _____ %　$___
0% _____ %　$___

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
information about
them.........................

Issuer name:

_____   $_
_____   $_
_____   $_

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
account separately.

Type of account:        Institution name:

401(k) or similar plan:   _____   $_

Pension plan:         _____   $_

IRA:             _____   $_

Retirement account:      _____   $_

Keogh:            _____   $_

Additional account:      _____   $_

Additional account:      _____   $_

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes .........................

Institution name or individual:

Electric:           _____

Gas:             _____   $_

Heating oil:         _____   $_

Security deposit on rental unit:  _____   $_

Prepaid rent:         _____   $_

Telephone:          _____   $_

Water:            _____   $_

Rented furniture:       _____   $_

Other:            _____   $_
                                        $_

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes .........................

Issuer name and description:

_____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ..................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____  $
_____  $
_____  $

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them....  $_

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them....  $_

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them....  $_

**Money or property owed to you?**

Cur
por
Do n
claim

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .....................

Federal:  $_____
State:  $_____
Local:  $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information..............

Alimony:  $____
Maintenance:  $____
Support:  $____
Divorce settlement:  $____
Property settlement:  $____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Gi

Debtor 1   KIMBERLY   CHILDS

First Name   Middle Name   Last Name

Case number *(if known)*_____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Sum |
|---|---|---|
| _____ | _____ | $__ |
| _____ | _____ | $__ |
| _____ | _____ | $__ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information.............

$__

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ...................

$__

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ...................

$__

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information............

$__

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...........................................................................................................➔

$__

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real es |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

Curre
portio
Do not
or exem

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe......

$__

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe....... [                                                                ] $____

41. **Inventory**

☑ No

☐ Yes. Describe....... [                                                                ] $____

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe.......    Name of entity:                                    % of ownership:

_____    _____%    $____

_____    _____%    $____

_____    _____%    $____

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe....... [                                                        ] $____

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........    _____    $____

_____    $____

_____    $____

_____    $____

_____    $____

_____    $____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
**for Part 5. Write that number here** ................................................................................................➔  $____

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

                                                                        Curre
                                                                        portio
                                                                        Do not
                                                                        or exer

47. **Farm animals**
*Examples*: Livestock, poultry, farm-raised fish

☑ No

☐ Yes.......................[

48. **Crops—either growing or harvested**
☑ No
☐ Yes. Give specific information. ..........
$_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☑ No
☐ Yes..........................
$_____

50. **Farm and fishing supplies, chemicals, and feed**
☑ No
☐ Yes..........................
$_____

51. **Any farm- and commercial fishing-related property you did not already list**
☑ No
☐ Yes. Give specific information. ............
$_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........................................................................ → $_____

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☑ No
☐ Yes. Give specific information. ............
$_____
$_____
$_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................................... → $_____

| **Part 8:** | **List the Totals of Each Part of this Form** |

55. **Part 1: Total real estate, line 2** ............................................................................................................. → $_____

56. **Part 2: Total vehicles, line 5** $_____

57. **Part 3: Total personal and household items, line 15** $_____3,700.00_____

58. **Part 4: Total financial assets, line 36** $_____150.00_____

59. **Part 5: Total business-related property, line 45** $_____

60. **Part 6: Total farm- and fishing-related property, line 52** $_____

61. **Part 7: Total other property not listed, line 54** + $_____

62. **Total personal property.** Add lines 56 through 61. .................... $_____3,850.00_____ Copy personal property total → + $_____

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | KIMBERLY | CHILDS | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of _____

Case number
(If known)    _____

❑

Official Form 106C

# Schedule C: The Property You Claim as Exempt

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct in
Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exem
space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional p
your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing s
specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to
of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-r
retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under
limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exe
would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws tha |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: Household appliance<br>Line from *Schedule A/B*: 6 | $500.00 | ❑ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 5: _____ |
| Brief description: Electronics<br>Line from *Schedule A/B*: 7 | $450.00 | ❑ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 5: _____ |
| Brief description: Clothes<br>Line from *Schedule A/B*: 11 | $2,500.00 | ❑ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 5: _____ |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

Debtor 1    KIMBERLY
First Name    Middle Name    Last Name

Case number *(if known)*_____

---

**Part 2:    Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws th |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |

Brief description: <u>Everyday jewelry</u>

Line from *Schedule A/B:* <u>12</u>

$_____250.00

☐ $_____

☑ 100% of fair market value, up to any applicable statutory limit

11 U.S.C. § 5

_____

Brief description: _____

Line from *Schedule A/B:* _____

$_____

☐ $_____

☐ 100% of fair market value, up to any applicable statutory limit

_____

Brief description: _____

Line from *Schedule A/B:* _____

$_____

☐ $_____

☐ 100% of fair market value, up to any applicable statutory limit

_____

Brief description: _____

Line from *Schedule A/B:* _____

$_____

☐ $_____

☐ 100% of fair market value, up to any applicable statutory limit

_____

Brief description: _____

Line from *Schedule A/B:* _____

$_____

☐ $_____

☐ 100% of fair market value, up to any applicable statutory limit

_____

Brief description: _____

Line from *Schedule A/B:* _____

$_____

☐ $_____

☐ 100% of fair market value, up to any applicable statutory limit

_____

Brief description: _____

Line from *Schedule A/B:* _____

$_____

☐ $_____

☐ 100% of fair market value, up to any applicable statutory limit

_____

Brief description: _____

Line from *Schedule A/B:* _____

$_____

☐ $_____

☐ 100% of fair market value, up to any applicable statutory limit

_____

Brief description: _____

Line from *Schedule A/B:* _____

$_____

☐ $_____

☐ 100% of fair market value, up to any applicable statutory limit

_____

Brief description: _____

Line from *Schedule A/B:* _____

$_____

☐ $_____

☐ 100% of fair market value, up to any applicable statutory limit

_____

Brief description: _____

Line from *Schedule A/B:* _____

$_____

☐ $_____

☐ 100% of fair market value, up to any applicable statutory limit

_____

Brief description: _____

$_____

☐ $_____

**Fill in this information to identify your case:**

Debtor 1    KIMBERLY     CHILDS
      First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing) First Name         Middle Name         Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known)

# Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1:  List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of co...<br>that suppor...<br>claim |
|---|---|---|

**2.1** Santander Consumer USA
Creditor's Name

14101 MYFORD Rod FL 2
Number     Street

Tustin         CA   92780
City          State    ZIP Code

**Describe the property that secures the claim:**

2015 Chevrolet Cruze

$    22,000.00    $

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 07/20/2005

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   1   0   0   0

**2.2**
Creditor's Name

Number     Street

City          State    ZIP Code

**Describe the property that secures the claim:**

$ _____    $

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Fill in this information to identify your case:

| Debtor 1 | KIMBERLY | | CHILDS | |
|---|---|---|---|---|
| | First Name | Middle Name | | Last Name |

| Debtor 2 | | | | |
|---|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois  [▼]

Case number
(If known) _____

□

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPR
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
*A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this pa
any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   □ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show i
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more th
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors i

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priori amou |
|---|---|---|---|

**2.1**

| _____<br>Priority Creditor's Name<br><br>_____<br>Number        Street<br><br>_____<br>City                State     ZIP Code | **Last 4 digits of account number** ___ ___ ___ ___   $_____   $_____<br><br>**When was the debt incurred?** _____ |
|---|---|

**Who incurred the debt?** Check one.
□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
□ No
□ Yes

**As of the date you file, the claim is:** Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

**Type of PRIORITY unsecured claim:**
□ Domestic support obligations
□ Taxes and certain other debts you owe the government
□ Claims for death or personal injury while you were intoxicated
□ Other. Specify _____

**2.2**

| _____<br>Priority Creditor's Name<br><br>_____<br>Number        Street<br><br>_____<br>City                State     ZIP Code | **Last 4 digits of account number** ___ ___ ___ ___   $_____   $_____<br><br>**When was the debt incurred?** _____ |
|---|---|

**Who incurred the debt?** Check one.
□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

**Type of PRIORITY unsecured claim:**
□ Domestic support obligations
□ Taxes and certain other debts you owe the government
□ Claims for death or personal injury while you were intoxicated

**Part 2:** **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has
   nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do no
   included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three no
   claims fill out the Continuation Page of Part 2.

---

**4.1**

**Capital One**
Nonpriority Creditor's Name

**1825 Barrett Lakes Blvd Suite 510**
Number     Street

**Kennesaw**          **GA**     **30144**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **4  1  5  2**

When was the debt incurred?  **04/12/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **credit card**

---

**4.2**

**City of Chicago Dept of Revenue**
Nonpriority Creditor's Name

**P.O. Box 88292**
Number     Street

**Chicago**          **IL**     **60608**
City                  State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **unpaid tickets**

---

**4.3**

**Comcast**
Nonpriority Creditor's Name

**11621 E. Marginal Way #5**
Number     Street

**Seattle**          **WA**     **98168**
City                  State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---------|-------------------------------------------------------|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**4.4**

**Com Ed**
Nonpriority Creditor's Name

**3 Lincoln Center**
Number        Street

**Oak Brook Terrace**          **IL**        **60181**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar de
☑ Other. Specify _consumer debt_

---

**4.5**

**Credit Management LP**
Nonpriority Creditor's Name

**4200 International Parkway**
Number        Street

**Carrollton**          **TX**        **75007**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 0 9 3 7

**When was the debt incurred?** 10/01/2013

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar del
☑ Other. Specify _internet/cable_

---

**4.6**

**Credit One Bank NA**
Nonpriority Creditor's Name

**P O Box 98875**
Number        Street

**Las Vegas**          **NV**        **89193**
City                  State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No

**Last 4 digits of account number** 9 0 0 9

**When was the debt incurred?** 08/01/2015

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce t you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar det
☑ Other. Specify _credit card_

Debtor 1 _____ Case number *(if known)* _____
        First Name        Middle Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**

---

**4.7**

**Credit One Bank NA**
Nonpriority Creditor's Name

**PO Box 98875**
Number        Street

**Las Vegas**                              **NV**        **89193**
City                                        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _2_ _8_ _6_ _4_

**When was the debt incurred?** 04/01/2017

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar de
☑ Other. Specify _credit card_

---

**4.8**

**Montgomery Ward**
Nonpriority Creditor's Name

**1112 7th Avenue**
Number        Street

**Monroe**                              **WI**        **53566**
City                                     State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _2_ _6_ _2_ _1_

**When was the debt incurred?** 03/01/2017

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce t you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar del
☑ Other. Specify _credit card_

---

**4.9**

**Peoples Gas**
Nonpriority Creditor's Name

**200 E Randolph**
Number        Street

**Chicago**                              **IL**        **60601**
City                                     State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce t you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar deb
☑ Other. Specify _other_

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

---

**4.1** | **Progressive**
Nonpriority Creditor's Name

**256 West Data Drive**
Number         Street

**Draper**                          **UT**      **84020**
City                                State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar de
- ☑ Other. Specify_other_____

---

Nonpriority Creditor's Name

Number         Street

City                                State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar de
- ☐ Other. Specify_____

---

Nonpriority Creditor's Name

Number         Street

City                                State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar deb
- ☐ Other. Specify_____

Debtor 1  KIMBERLY _____  _____    Case number (if known) _____
First Name    Middle Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or
example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor
2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts
additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or su

Harris & Harris LTD
_____
Name

111 W. Jackson Blvd Ste 400
_____
Number      Street

_____

Chicago                    IL    60604
_____
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original cr

Line _4,2_ of (Check one): ☐ Part 1: Creditors with Priority U
                           ☑ Part 2: Creditors with Nonprior

Last 4 digits of account number ___ ___ ___ ___

Secretary of State
_____
Name

2701 S. Dirken Parkway
_____
Number      Street

_____

Springfield                IL    62723
_____
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original cr

Line _4.2_ of (Check one): ☐ Part 1: Creditors with Priority U
                           ☑ Part 2: Creditors with Nonprior
Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number      Street

_____

_____
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original cr

Line _____ of (Check one): ☐ Part 1: Creditors with Priority U
                           ☐ Part 2: Creditors with Nonpriori
Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number      Street

_____

_____
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original cr

Line _____ of (Check one): ☐ Part 1: Creditors with Priority U
                           ☐ Part 2: Creditors with Nonpriori
Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number      Street

_____

_____
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original cre

Line _____ of (Check one): ☐ Part 1: Creditors with Priority U
                           ☐ Part 2: Creditors with Nonpriori
Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number      Street

_____

_____
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original cre

Line _____ of (Check one): ☐ Part 1: Creditors with Priority U
                           ☐ Part 2: Creditors with Nonpriori
Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number      Street

On which entry in Part 1 or Part 2 did you list the original cre

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Un
                           ☐ Part 2: Creditors with Nonpriori

**Part 4:** **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S...
Add the amounts for each type of unsecured claim.

| | | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. Domestic support obligations | 6a. $_____ |
| | 6b. Taxes and certain other debts you owe the government | 6b. $_____ |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c. $_____ |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $_____ |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. $_____ |

| | | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $_____ |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $_____ |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $_____ |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 7,090.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 7,090.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor | **KIMBERLY** | **CHILDS** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois ▼

Case number (If known) _____

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B)

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** PANGEA<br>Name<br>2231 E 71ST STREET<br>Number Street<br>CHICAGO IL 60649<br>City State ZIP Code | Residential lease, debtor is lessee |
| **2.2**<br>Name<br>Number Street<br>City State ZIP Code | |
| **2.3**<br>Name<br>Number Street<br>City State ZIP Code | |
| **2.4**<br>Name<br>Number Street<br>City State ZIP Code | |
| **2.5**<br>Name | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | KIMBERLY | CHILDS | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known) _____

# Official Form 106H

# Schedule H: Your Codebtors

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If [
are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additiona
and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, w
case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories*
   Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number         Street

   _____
   City                              State                    ZIP Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the
   shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor
   *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule I
   Schedule E/F, or Schedule G* to fill out Column 2.

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom yc** |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____ | ☐ Schedule D, line _____ |
| Name | ☐ Schedule E/F, line _____ |
| _____ | ☐ Schedule G, line _____ |
| Number         Street | |
| _____ | |
| City                    State          ZIP Code | |
| **3.2** _____ | ☐ Schedule D, line _____ |
| Name | ☐ Schedule E/F, line _____ |
| _____ | ☐ Schedule G, line _____ |
| Number         Street | |
| _____ | |
| City                    State          ZIP Code | |
| **3.3** _____ | ☐ Schedule D, line _____ |
| Name | ☐ Schedule E/F, line _____ |

**Fill in this information to identify your case:**

| Debtor 1 | KIMBERLY | CHILDS | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of _____

Case number
(If known)    _____

Check if this is:

☐ An amended filing

☐ A supplement showing postp
income as of the following da

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally re
supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information
If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is ne
separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every q

## Part 1:    Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-fili |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | CLERK | |
| **Employer's name** | | COOK COUNTY GOVERNMENT | |
| **Employer's address** | | 118 N CLARK STREET<br>Number    Street | <br>Number    Street |
| | | CHICAGO          IL<br>City          State    ZIP Code | 60602<br>City |
| **How long employed there?** | | 27 YRS | 27 YRS |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Inclu
spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines
below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 3,724.18 | $ |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ | + $ |

Debtor 1    **KIMBERLY** **CHILDS**
First Name    Middle Name    Last Name

Case number *(if known)*_____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.................................................................................. ➔ 4. | | $ __3,724.18__ | $_____ |

**5. List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ ___355.16 | $_____ |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ ___316.55 | $_____ |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ ____75.83 | $_____ |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $_____ | $_____ |
| 5e. | **Insurance** | 5e. | $ ___131.37 | $_____ |
| 5f. | **Domestic support obligations** | 5f. | $_____ | $_____ |
| 5g. | **Union dues** | 5g. | $ ____46.89 | $_____ |
| 5h. | **Other deductions. Specify:** _____ | 5h. | + $_____ | + $_____ |

| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ ___925.80 | $_____ |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ __2,798.38 | $_____ |

**8. List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| 8a. | $_____ | $_____ |
|---|---|---|

8b. **Interest and dividends**

| 8b. | $_____ | $_____ |
|---|---|---|

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| 8c. | $_____ | $_____ |
|---|---|---|

8d. **Unemployment compensation**

| 8d. | $_____ | $_____ |
|---|---|---|

8e. **Social Security**

| 8e. | $_____ | $_____ |
|---|---|---|

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____

| 8f. | $_____ | $_____ |
|---|---|---|

8g. **Pension or retirement income**

| 8g. | $_____ | $_____ |
|---|---|---|

8h. **Other monthly income. Specify:** _____

| 8h. | + $_____ | + $_____ |
|---|---|---|

| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $_____ | $_____ |

| 10. | **Calculate monthly income.** Add line 7 + line 9. | 10. | $ __2,798.38 + | $_____ |
| | Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | | |

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11.

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12.

**13. Do you expect an increase or decrease within the year after you file this form?**

**Fill in this information to identify your case:**

Debtor 1    KIMBERLY      CHILDS
First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpe
expenses as of the following d

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name a
(if known). Answer every question.

**Part 1:**   **Describe Your Household**

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and
   Debtor 2.

   Do not state the dependents'
   names.

   ☑ No
   ☐ Yes. Fill out this information for
   each dependent..........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age |
   |---|---|
   | _____ | _____ |
   | _____ | _____ |
   | _____ | _____ |
   | _____ | _____ |
   | _____ | _____ |

3. **Do you expenses include
   expenses of people other than
   yourself and your dependents?**

   ☑ No
   ☐ Yes

**Part 2:**   **Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form a
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

      **Your expense**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and
   any rent for the ground or lot.     4.   $_____

   **If not included in line 4:**

   4a. Real estate taxes     4a.   $_____

   4b. Property, homeowner's, or renter's insurance     4b.   $_____

Debtor 1   **KIMBERLY**    **CHILDS**
　　　　　First Name    Middle Name    Last Name

Case number *(if known)*_____

**Your expens**

5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $_____

6. **Utilities:**

| 6a. | Electricity, heat, natural gas | 6a. | $_____ |
| 6b. | Water, sewer, garbage collection | 6b. | $_____ |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____ |
| 6d. | Other. Specify: _____ | 6d. | $_____ |

7. **Food and housekeeping supplies** | 7. | $_____

8. **Childcare and children's education costs** | 8. | $_____

9. **Clothing, laundry, and dry cleaning** | 9. | $_____

10. **Personal care products and services** | 10. | $_____

11. **Medical and dental expenses** | 11. | $_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments. | 12. | $_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____

14. **Charitable contributions and religious donations** | 14. | $_____

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| 15a. | Life insurance | 15a. | $_____ |
| 15b. | Health insurance | 15b. | $_____ |
| 15c. | Vehicle insurance | 15c. | $_____ |
| 15d. | Other insurance. Specify:_____ | 15d. | $_____ |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____ | 16. | $_____

17. **Installment or lease payments:**

| 17a. | Car payments for Vehicle 1 | 17a. | $_____ |
| 17b. | Car payments for Vehicle 2 | 17b. | $_____ |
| 17c. | Other. Specify:_____ | 17c. | $_____ |
| 17d. | Other. Specify:_____ | 17d. | $_____ |

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. | $_____

19. **Other payments you make to support others who do not live with you.**
Specify:_____ | 19. | $_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

| 20a. | Mortgages on other property | 20a. | $_____ |
| 20b. | Real estate taxes | 20b. | $_____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $_____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $_____ |

Debtor 1    __KIMBERLY_____CHILDS_____        Case number (if known)_____
            First Name    Middle Name      Last Name

21.  **Other.** Specify: _____    21.   **+$**_____

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                                           22a.   $_____

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.   $_____

22c. Add line 22a and 22b. The result is your monthly expenses.        22c.   $_____

23. **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.   $_____

23b.  Copy your monthly expenses from line 22c above.                  23b.   **−$**_____

23c.  Subtract your monthly expenses from your monthly income.
      The result is your *monthly net income*.                          23c.   $_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1    KIMBERLY          CHILDS
        First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known)  _____

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonmen years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration,*
*Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ _____        ✗ _____
Signature of Debtor 1                    Signature of Debtor 2

Date _____                      Date _____
   MM / DD / YYYY                           MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | KIMBERLY | CHILDS | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois ▼

Case number
(If known) _____

❑

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:   Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ❑ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ❑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | | Dates Debtor 1 lived there | Debtor 2: |
   |---|---|---|---|
   | | | | ❑ Same as Debtor 1 |
   | Number   Street | | From _____ To _____ | Number   Street |
   | City   State   ZIP Code | | | City   State   ZIP Code |
   | | | | ❑ Same as Debtor 1 |
   | Number   Street | | From _____ To _____ | Number   Street |
   | City   State   ZIP Code | | | City   State   ZIP Code |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No
   ❑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **KIMBERLY**          **CHILDS**
_____    _____    Case number (if known)_____
First Name    Middle Name    Last Name

---

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar ye**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Check all that apply. | **Gros**<br>(befo<br>exclu |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 30,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $___ |
| **For last calendar year:**<br>(January 1 to December 31, 2018 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 41,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $___ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 39,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $___ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security
unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; ro
gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from<br>each source**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Describe below. | **Gros**<br>each<br>(befo<br>exclu |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $___<br>$___<br>$___ |
| **For last calendar year:**<br>(January 1 to December 31, 2018 )<br>YYYY | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $___<br>$___<br>$___ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 )<br>YYYY | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $___<br>$___<br>$___ |

Debtor 1   **KIMBERLY        CHILDS**                          Case number *(if known)*_____
First Name    Middle Name    Last Name

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ☐ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☑ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was |
|---|---|---|---|---|
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ M |
| | | | | ☐ C |
| Number   Street _____ | _____ | | | ☐ C |
| | | | | ☐ L |
| _____ | _____ | | | ☐ S |
| City        State      ZIP Code | | | | ☐ C |
| Creditor's Name _____ | | $_____ | $_____ | ☐ M |
| | | | | ☐ C |
| Number   Street _____ | _____ | | | ☐ C |
| | | | | ☐ L |
| _____ | _____ | | | ☐ S |
| City        State      ZIP Code | | | | ☐ C |
| Creditor's Name _____ | | $_____ | $_____ | ☐ M |
| | | | | ☐ C |
| Number   Street _____ | _____ | | | ☐ C |
| | | | | ☐ L |
| _____ | _____ | | | ☐ S |
| City        State      ZIP Code | | | | ☐ C |

Debtor 1    **KIMBERLY**      **CHILDS**       Case number (if known)_____

First Name    Middle Name     Last Name

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general pa
   corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any ma
   agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obli
   such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payme |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number   Street | _____ | | | |
| | _____ | | | |
| City       State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number   Street | _____ | | | |
| | | | | |
| City       State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt th
   an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payme Include creditor's name |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number   Street | _____ | | | |
| | | | | |
| City       State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number   Street | | | | |
| | | | | |
| City       State    ZIP Code | | | | |

Debtor 1    KIMBERLY            CHILDS
    First Name     Middle Name     Last Name

Case number *(if known)*_____

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or
and contract disputes.

☑ No
☐ Yes. Fill in the details.

| | Nature of the case | Court or agency |
|---|---|---|
| Case title_____ | | Court Name |
| _____ | | Number    Street |
| Case number  _____ | | City                State    ZIP Code |
| Case title_____ | | Court Name |
| _____ | | Number    Street |
| Case number  _____ | | City                State    ZIP Code |

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, sei**
Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes. Fill in the information below.

| Describe the property | Date | Val |
|---|---|---|
| | | $_ |

Creditor's Name

Number    Street

**Explain what happened**
☐  Property was repossessed.
☐  Property was foreclosed.
☐  Property was garnished.
☐  Property was attached, seized, or levied.

City            State    ZIP Code

| Describe the property | Date | Va |
|---|---|---|
| | | $_ |

Creditor's Name

Number    Street

**Explain what happened**
☐  Property was repossessed.
☐  Property was foreclosed.
☐  Property was garnished.
☐  Property was attached, seized, or levied.

City            State    ZIP Code

Debtor 1   **KIMBERLY**         **CHILDS**                                    Case number (*if known*)_____
         First Name    Middle Name      Last Name

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amo**
**accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

|  | Describe the action the creditor took | Date action was taken | A |
|---|---|---|---|
| _____ Creditor's Name |  |  |  |
| _____ Number    Street |  | _____ | $_ |
| _____ |  |  |  |
| _____ City           State   ZIP Code | Last 4 digits of account number: XXXX–____  ____  ____  ____ |  |  |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit o**
**creditors, a court-appointed receiver, a custodian, or another official?**

☐ No

☐ Yes

---

**Part 5:   List Certain Gifts and Contributions**

---

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts |
|---|---|---|
| _____ Person to Whom You Gave the Gift |  | _____ |
| _____ |  | _____ |
| _____ Number    Street |  |  |
| _____ City           State   ZIP Code |  |  |
| Person's relationship to you _____ |  |  |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts |
|---|---|---|
| _____ Person to Whom You Gave the Gift |  | _____ |
| _____ |  | _____ |
| _____ Number    Street |  |  |
| _____ City           State   ZIP Code |  |  |

Debtor 1   __KIMBERLY_____CHILDS_____
           First Name    Middle Name      Last Name

Case number *(if known)*_____

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $60**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed |
|---|---|---|
| _____<br>Charity's Name<br><br>_____<br>_____<br>Number    Street<br><br>_____<br>City    State    ZIP Code | | _____<br><br>_____ |

---

**Part 6:   List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fir disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss |
|---|---|---|
| | | _____ |

---

**Part 7:   List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made |
|---|---|---|
| Semrad Law Firm<br>_____<br>Person Who Was Paid<br>11101 S. Western<br>_____<br>Number    Street | Attorney fees | _____   $ |
| Chicago          IL    60643<br>_____<br>City          State    ZIP Code | | _____   $ |
| _____<br>Email or website address | | |

Debtor 1    KIMBERLY              CHILDS
_____    Case number (if known)_____
First Name      Middle Name      Last Name

| Description and value of any property transferred | | Date payment or transfer was made |
|---|---|---|

_____
Person Who Was Paid

_____                                                            _____
Number    Street

_____
                                                                                               _____
_____
City              State      ZIP Code

_____
Email or website address

_____
Person Who Made the Payment, if Not You

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to** promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
❑ Yes. Fill in the details.

| Description and value of any property transferred | | Date payment or transfer was made |
|---|---|---|

_____
Person Who Was Paid

_____                                                            _____
Number    Street

_____
                                                                                               _____
_____
City              State      ZIP Code

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than** transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your prop
Do not include gifts and transfers that you have already listed on this statement.

☑ No
❑ Yes. Fill in the details.

| Description and value of property transferred | Describe any property or payments received or debts paid in exchange |
|---|---|

_____
Person Who Received Transfer

_____
Number    Street

_____

_____
City              State      ZIP Code

Person's relationship to you _____

_____
Person Who Received Transfer

_____
Number    Street

_____

_____
City              State      ZIP Code

Debtor 1    **KIMBERLY**     **CHILDS**

First Name    Middle Name     Last Name

Case number *(if known)*_____

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of w are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No

❏ Yes. Fill in the details.

**Description and value of the property transferred**

Name of trust   _____

_____

---

### Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your k closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit uni brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

❏ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred |
|---|---|---|---|
| Name of Financial Institution | XXXX–___ ___ ___ ___ | ❏ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other_____ | _____ |
| Number   Street<br><br>City   State   ZIP Code | | | |
| Name of Financial Institution | XXXX–___ ___ ___ ___ | ❏ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other_____ | _____ |
| Number   Street<br><br>City   State   ZIP Code | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository securities, cash, or other valuables?**

☑ No

❏ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents |
|---|---|---|
| Name of Financial Institution | Name | |
| Number   Street | Number   Street | |
| | City   State   ZIP Code | |

Debtor 1      **KIMBERLY            CHILDS**                                      Case number (if known)_____
              First Name    Middle Name    Last Name

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ **No**

☐ **Yes. Fill in the details.**

|  |  |  |
|---|---|---|
| | Who else has or had access to it? | Describe the contents |
| Name of Storage Facility | Name | |
| Number   Street | Number   Street | |
| | City State  ZIP Code | |
| City            State      ZIP Code | | |

---

## Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ **No**

☐ **Yes. Fill in the details.**

|  |  |  |
|---|---|---|
| | Where is the property? | Describe the property |
| Owner's Name | | |
| Number   Street | Number   Street | |
| City           State     ZIP Code | City            State     ZIP Code | |

---

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

▪ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

▪ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

▪ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmenta**

☑ **No**

☐ **Yes. Fill in the details.**

|  |  |  |
|---|---|---|
| | Governmental unit | Environmental law, if you know it |
| Name of site | Governmental unit | |
| Number   Street | Number   Street | |
| | City           State    ZIP Code | |
| City            State      ZIP Code | | |

Debtor 1    **KIMBERLY    CHILDS**
First Name    Middle Name    Last Name

Case number *(if known)*_____

---

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it |
|---|---|---|
| _____ Name of site | _____ Governmental unit | |
| _____ Number    Street | _____ Number    Street | |
| _____ City    State    ZIP Code | _____ City    State    ZIP Code | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and**

☑ No
☐ Yes. Fill in the details.

|  | Court or agency | Nature of the case |
|---|---|---|
| Case title_____ | _____ Court Name | |
| _____ | _____ Number    Street | |
| _____ Case number | _____ City    State    ZIP Code | |

---

## Part 11:    Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any bu

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| _____ Business Name | Describe the nature of the business | Employer Identification numbe Do not include Social Security |
|---|---|---|
| _____ Number    Street | | EIN: ___ ___ – ___ ___ ___ |
| _____ City    State    ZIP Code | Name of accountant or bookkeeper | Dates business existed |
| | | From _____ To _____ |

| _____ Business Name | Describe the nature of the business | Employer Identification numbe Do not include Social Security |
|---|---|---|
| _____ Number    Street | | EIN: ___ ___ – ___ ___ |
| _____ | Name of accountant or bookkeeper | Dates business existed |
| | | From _____ To _____ |

Debtor 1    KIMBERLY _____ CHILDS _____          Case number (if known)_____
           First Name   Middle Name    Last Name

| Business Name | Describe the nature of the business | Employer identification numb<br>Do not include Social Securit<br><br>EIN: ___ ___ − ___ ___ ___ |
| Number  Street | Name of accountant or bookkeeper | Dates business existed |
| City          State    ZIP Code | | From _____ To ___ |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include
institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

                                            Date issued

Name                                        MM / DD / YYYY

Number   Street


City          State    ZIP Code


## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perju
answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or pr
in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *Kimberly Childs*                         ✗ _____
Signature of Debtor 1                       Signature of Debtor 2

Date  9-11-19                               Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official For

☐ No
☐ Yes


Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☐ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Pre*
                                                                      *Declaration, and Signature* (Officia

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | KIMBERLY | CHILDS | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known) _____

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter

**If you are an individual filing under chapter 7, you must fill out this form if:**
- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any add write your name and case number (if known).**

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did yo as exe |
|---|---|---|
| Creditor's name: Santander Consumer USA <br><br> Description of property securing debt: 2015 Chevrolet Cruze | ☑ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ _____ | ☑ No <br> ☐ Ye |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ _____ | ☐ No <br> ☐ Ye |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ _____ | ☐ No <br> ☐ Ye |
| Creditor's name: <br><br> Description of property | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a | ☐ No <br> ☐ Ye |